AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.   5:24-MJ- 73 (ATB) |
| | ) | |
| MARIO LESLIE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Feb 07 - 2024
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 6, 2024 in the county of Onondaga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) | Possession with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:
See attached affidavit

☒  Continued on the attached sheet.

_____
Complainant's signature

Daniel Babbage, Task Force Officer
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  2/7/2024

_____
Judge's signature

City and State:   Syracuse, New York

Hon. Andrew T. Baxter, U.S. Magistrate Judge
_____
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO LESLIE,<br><br><br>Defendant. | Case No. 5:24-MJ-73 (ATB) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Drug Enforcement Administration Task Force Officer Daniel Babbage being duly sworn, deposes and says:

### I.     PURPOSE OF AFFIDAVIT

1. I make this affidavit in support of a criminal complaint charging Mario LESLIE, the defendant, with violating Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), possession with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

### II.     AGENT BACKGROUND

2. I am a public servant of the kind specified in the CPL 690.05(1), my title being a Police Officer. I have been a sworn member of the Syracuse Police Department since November of 1995. I am currently assigned to the United States Department of Justice, Drug Enforcement Administration (DEA) Syracuse Resident Office as a Task Force Officer. I have been a sworn member of the DEA Syracuse Resident Office Task Force since November 2020. As such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United

1

States Code, that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21 United States Code, Section 801, et. seq. and Title 18, United States Code, Section 2516. I have attended the following trainings/schools: DEA Basic Narcotics School, DEA Supervisor / Leadership School, Interview/Interrogation, Highway/Transit Drug Interdiction, Instructor Development School, Dignitary / Executive Protection School, Firearms Instructor School, Basic SWAT / Hostage Recuse School and Basic Explosive Breacher Course. I have participated in numerous successful investigations into illicit drug distribution networks and have interrogated numerous defendants, informants and others who were either sellers, distributors, or users of narcotics and other illicit drugs. Also, I have been involved in the monitoring, intercepting and recording of court-ordered wiretaps, and have participated in numerous search warrants/arrest warrants involving narcotics trafficking. In addition to my above-mentioned experience, I have had the opportunity to speak with and observe other federal, state and city narcotics officers with regard to the manner in which narcotics are possessed, sold, and distributed in the Syracuse, NY area.

3. I have participated in numerous searches of residences, businesses and vehicles in which controlled substances, drug paraphernalia, currency, and records were discovered. My experience as well as conversations with other law enforcement officers, as detailed herein, will serve as the basis for any opinions or conclusions set forth below. I have personally participated in the investigation of the offenses set forth below and as a result of my participation and my review of past and present reports made by other Special Agents of the DEA, and other state and local law enforcement agencies, I am fully familiar with the facts and circumstances of this investigation. I have participated in several multi-agency narcotics investigations. During the course of these investigations,

I have conducted or participated in surveillance, undercover transactions, execution of search warrants, debriefings of informants and reviews of tape-recorded conversations and narcotics records.

### III.     PROBABLE CAUSE

4.  Since the summer of 2023, members of the Drug Enforcement Administration (DEA) and the Syracuse Police Department (SPD), have been investigating Mario LESLIE in Syracuse New York and his involvement with fentanyl trafficking in the Northern District of New York. As a result of the investigation, on February 5, 2024, a federal search warrant for one location, two vehicles and the person of Leslie was obtained through the United State District Court for the Northern District of New York. The location was for Spruce Tree Circle F 2 Clay, NY, and the following vehicles. A 2018 black Volkswagen SUV with NY license plate KBN-3738, VIN # 1V2NRCA6JC576001 and a 2015 gray Toyota SUV with NY license plate KBN-4022, VIN #5TDJKRFH9FS152221.

5.  On February 6, 2024, at approximately 10:01 a.m., agents observed LESLIE exit the front door of Spruce Tree Circle F 2. LESLIE then proceeded to enter the 2015 gray Toyota SUV, agents proceeded to follow LESLIE to the 700 block of Oswego St. Syracuse NY. LESLIE was then detained without incident as he walked into the "Upstate Market."

6.  DEA and SPD then executed the court-authorized search warrant of Leslie, the Spruce Tree Circle location and the two vehicles. Inside Spruce Tree Circle F 2, agents located the following items:

- A black duffle bag containing approximately 100 grams of a white powdery substance which was prepackaged in glassine envelopes. This substance field tested positive for fentanyl, also located within the black duffle bag were 3 partially loaded 9mm Glock magazines.

- Digital scales and packaging
- A box of 357 caliber ammunition
- A box of 40 caliber ammunition
- Approximately $10,000 US Currency
- A knotted clear section of plastic containing approximately 19 grams of a white substance which field-tested positive for fentanyl.

Inside the Toyota SUV, agents located the following items:

- A Glock 33 Gen 4 357 handgun, serial number BUKS903
- A black bag containing approximately 16 grams of a white powdery substance which was prepackaged into glassine envelopes. This substance field tested positive for the presence of Fentanyl.
- A knotted section of plastic containing approximately 8 grams of a white chunky substance, this substance field tested positive for the presence of cocaine.
- Approximately $5,000 US Currency

Inside the VOLKSWAGEN SUV, agents located the following items:

- Approximately 16 grams of a white powdery substance which was prepackaged into glassine envelopes. This substance field tested positive for the presence of Fentanyl.

7. LESLIE was advised of his Miranda Warnings which were read off a Syracuse Police Department Issued Miranda Card at the scene (700 block of Oswego St. Syracuse NY) and LESLIE stated that he understood his rights and was willing to speak with agents. LESLIE was transported back to Spruce Tree Circle F 2 for the duration of the search warrant, LESLIE was subsequently transported to the DEA Syracuse Resident Office and interviewed. LESLIE stated the handgun, fentanyl, and

4

cocaine that were located within the residence of Spruce Tree Circle F 2 and the vehicles belonged to him. LESLIE stated that he resides at this location with his wife and son. This interview was audio recorded.

8. Criminal history records indicate LESLIE has four felony convictions. LESLIE pled guilty to Criminal Possession of a Weapon in the Third Degree on December 8, 2023, Attempted Criminal Possession of a Weapon in the Second Degree on April 3, 2017, Criminal Sale of a Controlled Substance in the Third Degree on October 31, 2014, and Criminal Possession of a Controlled Substance in the Third Degree on October 31, 2014.

## IV. CONCLUSION

9. In light of the foregoing, I respectfully submit there is probable cause to believe Mario LESLIE, the defendant, violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) possession with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Daniel Babbage, Task Force Officer
Drug Enforcement Administration

I, the Honorable Andrew T. Baxter, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on February __7__, 2024, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Andrew T. Baxter
U.S. Magistrate Judge

5